(January 15, 1952.)

In the Matter of the Arbitration between SOBRAL, IRMAOS S. A., Appellant, and IGOMA IMPORT & EXPORT CORPORATION, Respondent.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of JOSEPH J. GIACOBBE et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— No opinion. P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 867.]

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Petitioner, against RISMONT PRODUCTS, INC., Respondent. In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against RISMONT PRODUCTS, INC., Appellant, et al., Respondents.— No opinion. The right to purge is extended until February 1, 1952. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of GEORGE McPHATTER, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of DOMINICK MARCO, Respondent, against MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK et al., Appellants.— In view of the wording of the " Medical Regulations " with respect to re-examination, we. think it was improper for the court to direct a second re-examination of the petitioner. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to affirm. Settle order on notice.

KATHERINE SAKELY, Respondent, v. HELEN M. WATERS et. al., Respondents. ROBERT S. WATERS et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 857.]